IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS LAINO,<br><br>                Plaintiff,<br><br>v.<br><br>NORTHERN CHILDREN'S SERVICES,<br><br>                Defendant. | CIVIL ACTION<br>NO. 17-4637 |

**ORDER**

**AND NOW**, this 25th day of September 2018, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 10), Plaintiff's Brief in Opposition to Defendant's Motion (Doc. No. 11), the arguments of counsel at the hearing held on March 27, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 10) is **DENIED**.

                                              BY THE COURT:


                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.